UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-81698-CV-MIDDLEBROOKS

ANDREW PERRONG, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

BROADLEAF MARKETING & SEO, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Dismissal, filed on January 4, 2021. (DE 20). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) This case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to any other member of the putative class's claims.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) All pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 5th day of January, 2021.

Donald M. Middlebrooks
United States District Judge